No. 434

BRODIE v. INT. UNION et al

Ohio Appeals, 8th Dist., Cuyahoga County

No. 5307. Decided May 2, 1924

700. LABOR UNION—Mandatory order compelling union to issue to member in good standing a transfer card.

VICKERY, P. J.

Epitomized Opinion

Published Only in Ohio Law Abstract

Brodie, a member in good standing of local of hoisting engineers brought action for a mandatory injunction compelling the officers of The International Union of Steam and Operating Engineers to grant to him a transfer card. The union had ordered the local to which Brodie was a member to strike which the local refused and thereupon its charter was revoked. The by-laws of the constitution pro-

vided that on the revocation of a charter if a man was in good standing he should be granted a transfer card. Brodie exhausted all the remedies he had in the union of securing the transfer card, which was refused without any apparent reason. The Common Pleas awarded a decree in Brodie's favor. On appeal the Court of Appeals granted a mandatory order compelling the union to issue Brodie a transfer card, holding:

1. That under the constitution Brodie was entitled to a transfer card, that he had exhausted all of his remedies in the union to obtain the transfer card and that it was withheld from him without just cause.

Attorneys—Reed, Meals, Orgill & Maschke, for Brodie; J. Paul Thompson and Wm. J. Dowley, for the Union; all of Cleveland.